964

No. 74–844. ORAM v. GENERAL AMERICAN OIL COMPANY OF TEXAS ET AL. Ct. Civ. App. Tex., 11th Sup. Jud. Dist. Certiorari denied.

No. 74–847. CIRAVOLA v. LOUISIANA. 24th Jud. Dist. Ct. La., Jefferson Parish. Certiorari denied.

No. 74–875. BURTON ET AL. v. WALLER, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–893. THE SVENDBORG ET AL. v. MARINE ENGINE SPECIALTIES CORP. C. A. 2d Cir. Certiorari denied.

No. 74–5673. JACKSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–5692. BELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–5695. SAWYER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–5696. MACHADO ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–5704. MARINACCI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–5707. NAZIEN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5725. WORTH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.